UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CESARIO GARCIA ESPINDOLA, GABRIEL
IBARRA, and VICTORIA MANUEL GARCIA
GAMBOA individually and on behalf of similarly
situated,

                    Plaintiffs,

                    v.

PIZZA STOP CORP. (D/B/A PIZZA STOP), 2166
FREDERICK DOUGLASS BLVD CORP. (D/B/A
PIZZA STOP), BILUR LALA, LENNY DOE,
DAVID DOE, and ARI DOE,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-1026 (VSB) (KNF)



KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The defendants sent a letter to the Court, dated December 17, 2019, stating that they "write to supplement Defendants' Motion for Attorneys' Fees and Expenses" and noting that "this letter and the attached billing records have not been delivered to Plaintiffs' Counsel." The defendants' ex parte supplemental documents sent to the Court and not served on the plaintiffs will not be considered for failure to comply with Rule 1(C) of the Court's Individual Rules of Practice.

      The defendants' motion, Docket Entry No. 56, is denied, without prejudice. On or before January 10, 2020, the defendants shall file their application for reasonable attorneys' fees and expenses, which must be supported by admissible evidence. Any challenge to the reasonableness of the fee request shall be made on or before January 17, 2020, and any reply may be made on or before January 20, 2020.

Dated: New York, New York
       December 26, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE