**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

GARCIA ESPINDOLA, et al.

                Plaintiffs,

-against-

PIZZA STOP CORP. (D/B/A PIZZA STOP),
et al.,

                Defendants.
--------------------------------------------------------X

Case No. 1:19-cv-1026

**(PROPOSED) JUDGMENT**

WHEREAS on or about October 20, 2020, Defendants PIZZA STOP CORP. (D/B/A PIZZA STOP), 2166 FREDERICK DOUGLASS BLVD CORP. (D/B/A PIZZA STOP), BILUR LALA, LENNY DOE, DAVID DOE, and ARI DOE extended to Plaintiffs CESARIO GARCIA ESPINDOLA, GABRIEL IBARRA, and VICTOR MANUEL GARCIA GAMBOA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of fifty five thousand dollars and zero cents ($55,000.00), and whereas said Plaintiffs accepted said offer on or about October 20, 2020,

JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of fifty five thousand dollars and zero cents ($55,000.00).

Dated: New York, New York

      _____ , 2020.

                                          _____
                                          VERNON S. BRODERICK, U.S.D.J.