```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
CESARIO GARCIA ESPINDOLA, et al.,                        :
                                                         :
                        Plaintiff,                       :
                                                         :                 19-cv-1026 (VSB)
            -against-                                    :
                                                         :                    ORDER
PIZZA STOP CORP., et al.,                                :
                                                         :
                        Defendants.                      :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2020

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' Notice of Plaintiffs' Acceptance of Defendants' Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68, along with several exhibits. (Docs. 90–91, 93.) Accordingly, it is hereby:

ORDERED that the parties are directed to appear for a telephonic status conference on December 3, 2020 at 3 PM. The dial-in information for that conference is 888-363-4749, and the access code is 2682448.

SO ORDERED.

Dated:  November 29, 2020
        New York, New York

_____
Vernon S. Broderick
United States District Judge