```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
CESARIO GARCIA ESPINDOLA, et al.,                        :
                                                         :
                       Plaintiff,                        :
                                                         :
        -against-                                        :
                                                         :
PIZZA STOP CORP., et al.,                                :
                                                         :
                       Defendants.                       :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020

19-cv-1026 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

 I am in receipt of the letter filed by Plaintiffs' counsel on December 1, 2020, informing me that counsel would be unavailable for the status conference currently scheduled for December 3, 2020 at 11:30 AM. (Doc. 96.) Accordingly, it is hereby:

 ORDERED that the telephonic status conference on December 3, 2020 in the above-captioned case shall be held at 3 PM, as initially planned. The dial-in information for that conference is 888-363-4749, and the access code is 2682448.

SO ORDERED.

Dated: December 2, 2020
   New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge