```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
CESARIO GARCIA ESPINDOLA, et al.,                        :
                                                         :
                        Plaintiff,                       :
                                                         :           19-cv-1026 (VSB)
        -against-                                        :
                                                         :                ORDER
PIZZA STOP CORP., et al.,                                :
                                                         :
                        Defendants.                      :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of the December 3, 2020 status conference held in the above-captioned litigation (Doc. 97,) it is hereby:

ORDERED that the parties shall file a joint letter on or before December 11, 2020. This letter should address the following: 1) the terms of the settlement agreement between the parties, and if there will any other terms beyond releasing Defendants from liability and setting a payment schedule; 2) the facts and chronology surrounding any agreements reached in this case; 3) an explanation of what agreement was reached before the mediator, (Doc. 92); and 4) the parties' explanation for why resolution pursuant to Federal Rule of Civil Procedure 68 is appropriate in this case.

SO ORDERED.

Dated: December 4, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge