**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CESARIO GARCIA ESPINDOLA, et al.,
                            Plaintiffs,

      -against-

PIZZA STOP CORP., et al.,
                            Defendants.
-----------------------------------------------------------X

19 **CIVIL** 1026 (VSB)

**RULE 68 JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated January 14, 2021, judgment is entered in favor of plaintiffs Cesario Garcia Espindola, Gabriel Ibarra and Victor Manuel Garcia Gamboa as against defendants Pizza Stop Corp. (d/b/a Pizza Stop), 2166 Frederick Douglass Blvd. Corp. (d/b/a Pizza Stop), Bilur Lala, Lenny Doe, David Doe, and Ari Doe, in the total amount of fifty five thousand dollars $55,000.00, inclusive of attorneys' fees and costs, in full and final settlement of all of plaintiff's claims against defendants arising out of, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

This judgment will act to release and discharge defendants from any and all claims that were or could have been alleged by plaintiffs in this action; accordingly, the case is closed.

**Dated:** New York, New York
         January 15, 2021

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**
                           **BY:**
                                                **Deputy Clerk**